50 A.3d 670

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRYDEN ROBERT WILLIAMS, A/K/A LANCE
RIDDICK, DEFENDANT–PETITIONER.

September 7, 2012.

ORDERED that the petition for certification is granted, limited to the issue of whether the admission of the testimony by the pathologist who did not perform the autopsy violated defendant's right of confrontation.